**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2026**

In re:  JAMAR MARVIN SIMMONS, a/k/a Mar,

Petitioner.

On Petition for Writ of Mandamus.  (1:13-cr-00061-GLR-1; 1:14-cv-03911-GLR)

Submitted:  December 14, 2022                    Decided:  January 13, 2023

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jamar Marvin Simmons, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar Marvin Simmons petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his Fed. R. Civ. P. 60(b) motion for relief from the court's judgment denying his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Simmons' motion for lack of jurisdiction on December 13, 2022. Because the district court has recently decided Simmons' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2